Courtroom Minute Sheet – Criminal Case

Date _7/19/17_ Judge _Bodenhausen_ Case No. _4:17CR52 HEA/JMB_

**UNITED STATES OF AMERICA** v. _Matthew Burkett_

Court Reporter FTR _____ Deputy Clerk _K. Spurgeon_

Assistant United States Attorney(s) _John Ware_

Attorney(s) for Defendant(s) _Kevin Curran_

Interpreter _____  □ SEALED PROCEEDING

**Proceedings:**

□ Initial Appearance
□ Arraignment
□ Preliminary Examination
□ Motion Hearing
  □ Evidentiary Hearing
  □ Oral Argument/Non Evidentiary Hearing

□ Detention Hearing
☒ Bond _Revocation_
□ Bond Execution/Appearance Bond
□ In Court Hrg (WAIVER OF MOTIONS)
□ Change of Plea/Sentencing
□ Rule 5(c)(3)Removal (Identity)

□ Preliminary Revocation
  □ Probation
  □ Supervised Release
□ Competency
□ Pretrial/Status Conference
□ Material Witness

Parties present for hearing on _bond revocation. Defendant waives hearing_
_and admits violations. Defendant requests to be released on_
_bond. Arguments heard. Matter taken under submission._

□ Oral Motion for appointment of counsel (GRANTED)  □ Defendant is advised of rights/indicates understanding of those rights.

□ Bail/Bond set in the amount of: $ _____  □ Secured Appearance Bond  □ Secured by 10%

  □ Secured by cash only  □ Secured by property  □ Unsecured bond  □ O/R bond

□ Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____

□ Preliminary examination set for _____ @ _____

□ Defendant arraigned  □ Waives reading of indictment/information  □ Matter taken under advisement

□ Plea entered _Not Guilty_  Order on pretrial motions:  □ issued  □ to issue

□ Oral Motion for Suppression  □ Motion for Extension of Time to File Pretrial Motions (GRANTED). IT IS HEREBY ORDERED that the time granted to defendant to investigate and prepare pretrial motions or a waiver thereof is excluded from computation of the time for speedy trial.

□ Defendant waives _____  □ order to issue  □ oral ruling

□ Defendant waives evidentiary hearing  □ By leave of court withdraws all pretrial motions

Trial date/time _____  Before U.S. District Judge _____

☒ Remanded to **CUSTODY**  □ Released on **BOND**

Next hearing date/time _____ Type of hearing _____ Before Judge _____

Proceeding commenced _10:36 am_ Proceeding concluded _10:51 am_ Continued to _____
□ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
□ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.
□ Based upon the waiver, the Court finds probable cause to believe the defendant violated the law/conditions set out in the instant petition/complaint.