**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Courtroom Minute Sheet – Criminal Case

Date  **8/14/17**       Judge  **John M. Bodenhausen - 15S**       Case No.  **4:17cr52 HEA/JMB**

**UNITED STATES OF AMERICA v.**  **Matthew Burkett**

Deputy Clerk:  **C. Ritter**        Court Recorder:  **FTR**

Assistant United States Attorney: _____

Attorney for Defendant:  **Kevin Curran**

Interpreter _____                     **SEALED PROCEEDING**

**Proceedings:**
____ Initial Appearance                   ____ Pretrial Motion Status Hearing      ____ Change of Plea/Sentencing
____ Initial Appearance Supervised Release ____ Motion Hearing                      ____ Competency Hearing
____ Rule 5(c)(3)Removal (Identity)        ____ Evidentiary Hearing                 ____ Pretrial/Status Conference
____ Detention Hearing                     ____ Oral Argument/Non Evidentiary Hearing
____ Preliminary Examination               ____ Preliminary Revocation
____ Bond Execution/Appearance Bond        ____ Supervised Release
**X** Bond Review                          ____ Probation
____ Arraignment

Additional Information:  **After securing a viable home plan, Defendant is released on his existing conditions of bond.   The Court reviewed the bond conditions with Defendant.**

**Initial Appearance:**
Bond set in the amount of: $ _____          Bond Type _____
Preliminary Exam/Detention Hearing scheduled: _____ @ _____ Before: SPM
Detention Hearing only scheduled: _____ @ _____ Before SPM
Arraignment Scheduled: _____ @ _____ Before _____

**Preliminary Revocation Hearing:**
Final Supervised Release or Probation Revocation Hearing Scheduled: _____ @ _____ Before _____

**Arraignment:**

____   Defendant is sworn and arraigned

____   Waives reading of indictment/information

____   Not guilty plea entered.   Order on pretrial motions to issue.

____   Oral Motion for Extension of Time to File Pretrial Motions (GRANTED).
       IT IS HEREBY ORDERED that the time granted to defendant to investigate and prepare pretrial motions or a waiver thereof is excluded from computation of the time for speedy trial.

All Pretrial Motions/ Waiver of Motions due no later than _____.

Evidentiary Hearing is set for: _____ @ _____ Before:  SPM

**Evidentiary Hearing:**
____ Defendant waives evidentiary hearing. ** Case referral termed

____ By leave of court defendant withdraws all pretrial motions and waives evidentiary hearing. .**Case referral termed.

____ Hearing held. Testimony heard.   Motions taken under submission.

**Trial Scheduled:** _____                                                  Before _____

____ Remanded to custody      **X**   Released on bond

Proceeding commenced  **9:27 am**      Proceeding concluded  **9:35 am**