IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17 CR52HEA(JMB) |
| MATTHEW BURKETT | ) ) ) |
| Defendant. | ) |

**MOTION TO CHANGE CONDITIONS OF PRETRIAL RELEASE**

COMES NOW defendant Matthew Burkett, through his attorney, Kevin C. Curran, First Assistant Federal Public Defender, and moves the Court to enter an order changing the conditions of his pretrial release. Defendant moves that the Court lift the GPS device defendant is currently required to wear. After discussions with both his pretrial release officer in Arizona where Mr. Burkett resides and the officer in St. Louis who is overseeing the supervision do not oppose this condition. Mr. Burkett since his recent release has complied with all terms and conditions of supervised release. While counsel has not directly communicated with the government regarding this request, according to conversations with the pretrial release officer, the government relies on the discretion of the pretrial release officer.

Respectfully submitted,

/s/ Kevin C. Curran
KEVIN C. CURRAN
First Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Kevin_Curran@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 8, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon John Ware, Assistant United States Attorney.

                                                /s/ Kevin C. Curran
                                                KEVIN C. CURRAN
                                                First Assistant Federal Public Defender