## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No.   4:17 CR 0052   HEA/JMB** |
| ) | |
| **MATTHEW BURKETT,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the Court on Defendant Matthew Burkett's motion to change conditions of release.  [ECF No. 49]  The Government does not oppose this motion.  Defendant's motion is **GRANTED.**   All remaining conditions of release shall remain in effect.


SO ORDERED:

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of January, 2018.